UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES, <br> Petitioner, <br> v. <br> ROSEMARY OROZCO, et al., <br> Respondents. | Case No. 21-cv-03658-WHO (PR) <br><br> **ORDER OF DISMISSAL** <br><br> Dkt. No. 5 |

This federal action was filed as a petition for writ of habeas corpus, that is, as a challenge to the lawfulness or duration of petitioner Antoine Deshawn Barnes's incarceration. A review of the petition, however, shows that Barnes asks to have television journalists at the KTVU television station arrested and brought up on criminal charges. Because success on such a request will not affect the length of his incarceration, it is not the proper subject of a habeas action. *See Badea v. Cox*, 931 F.2d 573, 574 (9th Cir. 1991) (habeas corpus action proper mechanism for challenging "legality or duration" of confinement).

In an appropriate case a habeas petition may be construed as a complaint under 42 U.S.C. § 1983 complaint. *Wilwording v. Swenson*, 404 U.S. 249, 251 (1971). However, this is not such a case. The persons named as respondents are not state actors, and therefore are not liable under § 1983. *Gomez v. Toledo*, 446 U.S. 635, 640 (1980).

Accordingly, this federal habeas action is DISMISSED. The Clerk shall terminate all pending motions, enter judgment in favor of respondents, and close the file.

Barnes's motion to proceed *in forma pauperis* is GRANTED. (Dkt. No. 5.)

**IT IS SO ORDERED.**

**Dated:** June 22, 2021

_____
WILLIAM H. ORRICK
United States District Judge